# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | **CV 18-9683 GHK (JEM)** |
| Title | **MARILYN NGUYEN v COMMISSIONER OF SOCIAL SECURITY** |
| Date | **March 14, 2019** |

**Present: The Honorable**    **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**    **(IN CHAMBERS) ORDER TO SHOW CHASE RE: PLAINTIFF'S FAILURE TO FILE PROOF OF SERVICE**

    On January 3, 2019, the Court issued an order to show cause why this action should not be dismissed for lack of prosecution based on Plaintiff's failure to file proper proof of service of the summons and complaint. On January 7, 2019, Plaintiff filed a response to the order to show cause requesting additional time to file the proof of service. On January 9, 2019, the Court issued an order extending Plaintiff's deadline to file the proof of service to February 1, 2019. On February 8, 2019, the Court issued an Amended Case Management Order, in which Plaintiff was again advised of the procedure for serving the summons and complaint.

    To date, Plaintiff has failed to file proof of service of the summons and complaint establishing that defendant has been properly served.

    Accordingly, Plaintiff is again ORDERED TO SHOW CAUSE in writing on or before **March 28, 2019**, why this action should not be dismissed for lack of prosecution and failure to comply with a court order.

    This order to show cause will be submitted upon the filing of Plaintiff's response. Plaintiff is advised that failure to file proof of service of the summons and complaint in the manner directed by the Court or other response to this order to show cause may result in a recommendation that the case be dismissed for failure to prosecute and failure to comply with a court order.

                                                                                                            :

                          Initials of Preparer                      slo