# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN NGUYEN, | Case No. CV 18-09683-DSF (JEM) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| ANDREW M. SAUL, Commissioner of Social Security Administration, | |
| Defendant. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is DISMISSED with prejudice.

DATED:  March 16, 2020

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE